# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| RE: ) | |
| ) | |
| Maniglia, Craig Garnett ) | Case No. 09-16983-SSM |
| ) | Chapter 7 |
| _____ Debtors ) | |

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Wachovia National Association<br>WD-1129-IDO Two Wachovia Center M-10<br>301 S. Tryon St.<br>Charlotte, NC 28288 | $233.61 |

March 10, 2011                                      /s/ Gordon P. Peyton
                                                    Gordon P. Peyton
                                                    Trustee in Bankruptcy
                                                    510 King Street, Suite 301
                                                    Alexandria, VA 22314
                                                    (703) 684-2000
                                                    Virginia State Bar #5155